**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-513**

---

In Re: DUNG VAN NGUYEN,

                                              Petitioner.

---

On Petition for Writ of Mandamus. (CR-94-196-A)

---

Submitted: May 20, 1997              Decided: May 30, 1997

---

Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Dung Van Nguyen, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dung Van Nguyen brought this mandamus petition seeking an order directing the district court to rule on his motion for habeas corpus relief. The district court dismissed Nguyen's motion by order dated March 27, 1997. Nguyen's request for mandamus relief is therefore moot. Accordingly, we deny mandamus relief and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not significantly aid the decisional process.

PETITION DENIED